DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CRESENCIO GALLEGOS-HARO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CRESENCIO GALLEGOS-HARO, ) <br> ) <br> Defendant. ) <br> ) | No. 1:10-cr-00253 OWW <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON <br><br> Date:  September 27, 2010 <br> Time:  9:00 a.m. <br> Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, IAN GARRIQUES, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Cresencio Gallegos-Haro, that the date for status conference in this matter may be continued to September 27, 2010, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is September 13, 2010.  The requested new date is September 27, 2010.**

This continuance is requested to allow additional time for Mr. Gallegos-Haro to consider the pending plea offer, and also because defense counsel will be out of the office on September 13, 2010.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for continuity of counsel, and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests

of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: September 9, 2010       By /s/ Ian Garriques
                                  IAN GARRIQUES
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: September 9, 2010       By /s/ Eric V. Kersten
                                  ERIC V. KERSTEN
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  CRESENCIO GALLEGOS-HARO

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

**Dated:   September 10, 2010**          /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Status Conference          2